MAY 12, 1970

No. 1768, Misc. ROBINSON ET AL. *v.* HACKNEY, COMMISSIONER, DEPARTMENT OF PUBLIC WELFARE OF TEXAS, ET AL. Appeal from D. C. S. D. Tex. Appeal dismissed pursuant to Rule 60 of the Rules of this Court. *Ed J. Polk* and *Peter E. Sitkin* for appellants. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Alfred Walker,* Executive Assistant Attorney General, and *W. O. Shultz II* and *John H. Banks,* Assistant Attorneys General, for appellees.

MAY 14, 1970

No. ——. BYRNE, DISTRICT ATTORNEY OF SUFFOLK COUNTY *v.* P. B. I. C., INC., ET AL. D. C. Mass. Stay heretofore issued by the United States District Court for the District of Massachusetts staying its injunction dated May 6, 1970, is extended through May 22, 1970. *Garrett H. Byrne, pro se, Robert H. Quinn,* Attorney General of Massachusetts, and *John J. Irwin, Jr.,* and *Lawrence P. Cohen,* Assistant Attorneys General, for applicant. *Harold Katz* in opposition.